

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00891-CV

**IN THE ESTATE OF** Adrian Dale **WILKINSON**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-03-0123-CVW
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellants' unopposed motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellants.

SIGNED April 10, 2019.

_____
Rebeca C. Martinez, Justice